JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LANDERS and SALINAS ZARLING, CO-ADMINISTRATORS FOR THE ESTATE OF MIKYLEY RAE REITZ,<br><br>       Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY,<br><br>       Defendant. | CV 23-915 PA (PVCx)<br><br>JUDGMENT |

     Pursuant to the Court's May 25, 2023 Minute Order granting the Motion to Dismiss filed by defendant Ford Motor Company ("Ford") and dismissing without leave to amend the Third Amended Complaint filed by plaintiffs Rick Landers and Salina Zarling, co-administrators of the Estate of Mikyley Rae Reitz ("Plaintiffs"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.   The action filed by Plaintiffs is dismissed with prejudice; and

    2.   Ford shall recover from Plaintiffs its costs of suit.

     The Clerk is ordered to enter this Judgment.

DATED: May 25, 2023

                                    Percy Anderson<br>                         UNITED STATES DISTRICT JUDGE