1  Christopher R. Pitoun (SBN 290235)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
3  301 N. Lake Avenue, Suite 920
   Pasadena, CA 91101
4  Telephone: (213) 330-7150
   Facsimile: (213) 330-7152
5  Email: christopherp@hbsslaw.com

6
7  Jacob P. Berman (SBN 327179)
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
9  Telephone: (206) 623-7292
10 Facsimile: (206) 623-0594
   Email: jakeb@hbsslaw.com
11
12 *Attorneys for Plaintiffs*

13               UNITED STATES DISTRICT COURT
14               CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  RICK LANDERS and SALINAS ZARLING, CO-ADMINISTRATORS FOR THE ESTATE OF MIKYLEY RAE REITZ, | No. 2:23-cv-00915-PA-PVC |
| 17 | **NOTICE OF APPEAL** |
| 18 | |
| 19              Plaintiffs, | |
| 20      v. | |
| 21 | |
| 22  FORD MOTOR COMPANY, | |
| 23              Defendant. | |

24
25
26
27
28

NOTICE IS GIVEN that Plaintiffs Rick Landers and Salinas Zarling, Co-Administrators for the Estate of Mikyley Rae Reitz, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on May 25, 2023 (ECF No. 19), and all interlocutory orders and prior rulings merging therein.

DATED: June 21, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Christopher R. Pitoun*

Christopher R. Pitoun
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Tel.: (213) 330-7150
Fax: (213) 330-7152
christopherp@hbsslaw.com

Jacob P. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594
jakeb@hbsslaw.com

*Attorneys for Plaintiffs*